UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTER FOR THE HUMAN RIGHTS OF CHILDREN and AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | No. 20 C 6449<br><br>Judge Wood |

**SETTLEMENT AGREEMENT AND RELEASE**

Defendants United States Department of Homeland Security and U.S. Customs and Border Protection (CBP) (collectively "Defendants") and plaintiffs American Immigration Council and Center for the Human Rights of Children ("Plaintiffs") (collectively, the "Parties") enter into this Settlement Agreement and Release as follows:

1. CBP, on behalf of the Defendants, shall pay plaintiffs a lump sum of eighteen thousand dollars ($18,000.00) for attorney fees and other litigation costs reasonably incurred in this matter (the "Settlement Payment"). The Settlement Payment shall be made by an electronic funds transfer as specified below.

2. The parties also agree to dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii).

3. Plaintiffs hereby fully and forever release and discharge the defendants, the United States, and their present or former officials, employees, and agents, in their official and individual

capacities, from any and all rights or claims arising from the allegations in the complaint filed in this civil action, including all claims for attorney fees and other litigation costs that have been, or could have been, made in the civil action. Without limiting the generality of the foregoing, this release encompasses, resolves, and satisfies all claims, including all claims for attorney fees and other litigation costs, in connection with all facets of this Freedom of Information Act matter, from the initial submission of plaintiffs' records request(s) through and including any litigation, as well as any other proceedings involving claims that were or could have been raised in the civil action. Plaintiffs agree to forever release and discharge any claims for further disclosure of the records or the portions of records sought in the civil action, and will not subsequently request that defendants grant access to those records or portions of records under the Freedom of Information Act.

4. This Settlement Agreement and Release has been entered into by the parties solely for the purposes of compromising disputed claims without protracted legal proceedings and avoiding the expense and risk of such litigation. Therefore, this agreement is not intended and shall not be deemed an admission by any party of the merit or lack of merit of an opposing party's claims or defenses. Without limiting the generality of the foregoing, this agreement does not constitute, and shall not be construed as, an admission of liability or fault on the part of the defendants or the United States or their present or former officials, employees or agents, or as an admission of any contested fact alleged by plaintiffs in connection with the civil action or otherwise. This agreement may not be used as evidence or otherwise in any civil or administrative action or proceeding against defendants or the United States or any of their present or former officials, employees or agents, either in their official or individual capacities, except for proceedings necessary to implement or enforce the terms hereof.

5. The parties acknowledge that the preparation of this Settlement Agreement and Release was collaborative in nature, and so agree that any presumption or rule that an agreement is construed against its drafter shall not apply to the interpretation of this agreement or any term or provision hereof.

6. Each party agrees to take such actions and to execute such additional documents as may be necessary or appropriate to fully effectuate and implement the terms of this agreement.

7. The parties understand and agree that this Settlement Agreement and Release, including all the terms and conditions of the compromise settlement herein and any additional agreements or undertakings relating thereto, may be made public. In the event that this settlement is made public, the publishing party will redact any and all financial information contained in Paragraph 8.

8. Plaintiffs shall provide Defendants the following information for payment (redacted in filing) by government wire transfer:

A. Name of Payee: ████████████████
B. Address: ████████████████████████
C. Payee's point of contact: ████████████████
D. Payee's Social Security Number or Taxpayer Identification Number: ████
E. Bank Address: ████████████████
F. Bank phone number: ████
G. Nine digit routing transit number: ████████████████████████
H. Depositor account title: ████████████████
I. Depositor account number: ████████
J. Type of account (checking or savings): ████████

The timing of payment of the amount agreed by the parties in this action is subject to the availability of appropriated funds.

9. Plaintiffs shall provide Defendants the following information for Plaintiffs and Plaintiffs' Attorneys for issuance of Tax Form 1099: Social Security Number, Taxpayer Identification Number, and Mailing Address.

10. It is contemplated that this agreement may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

11. This Settlement Agreement and Release contains the entire agreement between the parties with respect to the subject of this litigation and supersedes all prior negotiations and writings regarding this matter. Any modification of this agreement may be made only in a writing signed by or on behalf of all parties.

12. The persons signing this Settlement Agreement and Release warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

Attorney for defendants:

MORRIS PASQUAL
Acting United States Attorney

By: _____
MICHAEL D. CLAUS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6021
michael.claus@usdoj.gov

Executed this 13 day of [month, year].

Attorney[s] for plaintiffs:

_____
Katherine Melloy Goettel
1331 G Street, NW, Suite 200,
Washington, DC 20005
(319) 899-4685
kgoettel@immcouncil.org

Executed this 12th day of July, 2023.

5